UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON DAVIS, JR.,

    Petitioner,

v.                                          Case No. 8:19-cv-2418-WFJ-AEP

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This matter is before the Court on Mr. Davis' Unopposed Motion to Sever State Court Judgments and Open New Case (Doc. 21). Mr. Davis, a Florida prisoner, was convicted and sentenced to death in two separate and unrelated state cases in Polk County, Florida, Case No. 2007-CF-009386-XX and Case No. 2007-CF-009613-XX. He moved this Court to appoint federal counsel on his behalf to prepare and file federal habeas corpus petitions challenging the convictions in those two cases (See Doc. 1). His motion was granted (see Doc. 6), and this action was stayed to allow Mr. Davis to exhaust his pending state postconviction actions (See Doc. 11). Mr. Davis now "moves this Court to sever the two state court judgments of conviction and sentence into separate cases before this Court" because the two cases are "unrelated," were "tried before different judges," and "resulted in death sentences that were imposed nineteen months apart." (Doc. 21, p. 1). He argues "[t]o maintain a single case would

invite confusion due to the inextricable intertwining of the state court records[,]" and asserts he "will be filing separate § 2254 petitions at the appropriate time." (Id., p. 3).

The Court agrees Mr. Davis' should challenge each judgment in a separate action. However, because Mr. Davis was granted all the relief he requested in this action (appointment of federal counsel – see Doc. 1, p. 3), and because the Court has no pending habeas petition before it, the Court concludes the appropriate course is to deny Mr. Davis' motion, close this case, and open a new case (or cases) if counsel files a petition (or petitions) for Mr. Davis.

Accordingly:

1. The stay entered August 18, 2022 (Docket Entry No. 20) is **LIFTED**, and the case is administratively reopened to rule on the pending motion.

2. Mr. Davis' Unopposed Motion to Sever State Court Judgments and Open New Case (Doc. 21) is **DENIED**. This case is **DISMISSED** without prejudice to Mr. Davis commencing an action challenging the judgment in Case No. 2007-CF-009386-XX and commencing a separate action challenging the judgment in Case No. 2007-CF-009613-XX.

3. The Clerk shall enter judgment accordingly and close this case.

**ORDERED** in Tampa, Florida, on November 4, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record